IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELIZABETH A. ERICKSON,

       Plaintiff,

     v.                          Case No. 15-CV-320

STATE OF WISCONSIN, MICHAEL
GRECO, in his Official Capacity,
STEVE LAESCH, in his Official Capacity,
JOHN HAUGH, in his Official Capacity, and
PATRICIA NOLAND, in her Official
Capacity,

       Defendants.

## DEFENDANTS' MOTION TO DISMISS

Defendants State of Wisconsin, and Michael Greco, Steve Laesch, John Haugh, and Patricia Noland, in their official capacities, hereby move this court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff Elizabeth A. Erickson's Complaint for failure to state a claim. The grounds for this motion are explained in the supporting brief, filed separately.

Dated this 3rd day of August 2015.

Respectfully submitted,

BRAD D. SCHIMEL
Attorney General

**_s/Steven C. Kilpatrick_**
STEVEN C. KILPATRICK
Assistant Attorney General
State Bar #1025452

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792
(608) 267-8906 (fax)
_kilpatricksc@doj.state.wi.us_