# Cullen Weston Pines & Bach
*A Limited Liability Partnership*

*Attorneys at Law*
122 West Washington Avenue
Suite 900
Madison, Wisconsin 53703
(608) 251-0101
(608) 251-2883 Fax
www.cwpb.com

Attorney Linda L. Harfst
harfst@cwpb.com

August 14, 2015

*Via ECF Filing*

Magistrate Judge Stephen Crocker
U.S. Courthouse
120 N. Henry Street, Room 320
Madison, WI 53703

RE: Elizabeth A. Erickson v. State of Wisconsin et al.
Case No. 15-CV-320

Dear Judge Crocker:

Pursuant to Rule 15 (a)(1)(B), Federal Rules of Civil Procedure, Complainant Elizabeth Erickson is filing this letter in lieu of a brief in opposition to Defendants' Motion to Dismiss dated August 3, 2015. Complainant will be filing an Amended Complaint on or before Tuesday, August 18, 2015, which addresses the concerns Defendants expressed in their Motion.

Respectfully submitted,

CULLEN WESTON PINES & BACH LLP

Linda L. Harfst

LLH:jp
cc: Elizabeth Erickson
AAG Steven C. Kilpatrick